# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ALLEN,<br><br>        Plaintiffs,<br><br>  v.<br><br>ONE MAIN FINANCIAL et al.,<br><br>        Defendants. | Case No.: 1:19-CV-01720 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 5) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 5 at 1) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than March 20, 2020**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:  **January 16, 2020**            **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE