L. Paul Mankin (SBN 264038)
Joseph Rocco (SBN 326862)
The Law Office of L. Paul Mankin
4655 Cass Street, Suite 410
San Diego, CA 92109
pmankin@paulmankin.com
jrocco@paulmankin.com
Tel: 800-219-3577
Fax: 323-207-3885

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>ONE MAIN FINANCIAL, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 1:19-CV-01720-LJO-JLT<br><br>**JOINT STIPULATION AND;**<br>**ORDER CLOSING THE ACTION** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: March 26th, 2020

By: /s/L. Paul Mankin

L. Paul Mankin
The Law Office of L. Paul Mankin
Attorney for Plaintiff

Dated: March 26th, 2020

By: /s/Jordan Yu

Jordan Yu
Yu | Mohandesi LLP
Attorney for Defendant

Filed electronically on this 26th day of March 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jennifer L. Thurston
United States District Court
Eastern District of California

Jordan S. Yu, Esq,
Yu | Mohandesi LLP
633 W. 5th St., Ste. 2800
Los Angles, CA 90071

This 26th Day of March 2020

/s/L. Paul Mankin
L. Paul Mankin

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

The parties have settled their case and have stipulated to the action being dismissed with prejudice and with each side to bear their own fees and costs.  (Doc. 9) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated:   **March 26, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE